United States District Court
Southern District of Texas
**ENTERED**
October 20, 2023
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Jaime Morales, Jr. | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. H-23-1023 |
| | § | |
| Kilolo Kijakazi, | § | |
| Acting Commissioner of the Social | § | |
| Security Administration | § | |
| | § | |
| *Defendant.* | § | |

## ORDER OF ADOPTION

On September 28, 2023, Magistrate Judge Peter Bray issued a Memorandum and Recommendation (D.E. 16), recommending that Plaintiff's Motion for Attorney Fees (D.E. 14) be granted in part. No objections were filed.

After due consideration of the entire record and the applicable law, the Court hereby ADOPTS the memorandum and recommendation as this Court's opinion. Morales is hereby awarded $4,776.05 in attorney's fees. Payment is to be made to Plaintiff and mailed to Plaintiff's counsel.

Signed at Houston, Texas on October 20, 2023.

_____
DAVID HITTNER
UNITED STATES DISTRICT JUDGE